IN THE CIRCUIT COURT OF THE
9TH JUDICIAL CIRCUIT IN AND FOR
ORANGE COUNTY, FLORIDA

MARY NEWELL,

    Plaintiff,

vs.                              Case No: 2020-CA-003328-O

WAL-MART STORES EAST, LP, a
foreign limited partnership,

    Defendant.
_____/

## COMPLAINT

    Plaintiff, MARY NEWELL, sues Defendant, WAL-MART STORES EAST, LP, a foreign limited partnership (hereinafter "WAL-MART"), and states the following:

    1.    This is a cause of action for damages in excess of $30,000.00.

    2.    All conditions precedent to filing this action have been complied with, expired, and/or waived.

    3.    The incident described herein occurred in Orange County, Florida.

    4.    On or about February 24, 2018, Defendant, WAL-MART, was the owner and in possession of the premises at 10500 West Colonial Drive in Ocoee, Orange County, Florida.

    5.    At that time and place, Plaintiff, MARY NEWELL, was a business invitee lawfully on the premises described above.

    6.    At that time and place, Plaintiff, MARY NEWELL, was injured when her arm was hooked by a metal frame/rack that was extending into the walking aisle of the clothing department and she fell due to the temporary wall that the metal frame/rack was attached to falling over and dragging her down.

7. Defendant, WAL-MART, had a duty to maintain the premises in a reasonably safe condition, correct any dangerous condition of which it either knew or should have known by the use of reasonable care, and to warn of any dangerous conditions concerning which it had, or should have had, knowledge greater than that of its invitees. Defendant breached all of these duties.

8. Specifically, Defendant, WAL-MART, negligently:

a) Failed to exercise due care to maintain the premises in a safe condition;

b) Failed to maintain the subject store in a safe condition;

c) Failed to maintain the aisles in a safe condition for the customers;

d) Created a dangerous condition by placing a metal frame/rack in the clothing department, which extended into the aisle;

e) Failed to provide a safe ingress and egress, within the subject store, including the clothing department;

f) Placed a metal frame/rack in the walking aisle, within the clothing department, thereby creating a dangerous condition;

g) Placed a temporary wall in the walking aisle, within the clothing department that was not properly secured to prevent it falling over thereby creating a dangerous condition;

h) Failed to provide a reasonably safe environment for the store's customers; and

i) Failed to warn the Plaintiff and similarly situated individuals of the dangerous condition.

9. Defendant, WAL-MART, knew or, in the exercise of ordinary care, should have known the premises were not in a reasonably safe condition.

10. Defendant, WAL-MART, had actual or constructive notice of the dangerous condition.

11. As the direct and proximate result of the negligence of Defendant, WAL-MART, Plaintiff, MARY NEWELL, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, MARY NEWELL, demands judgment for damages against Defendant, WAL-MART.

Plaintiff demands trial by jury on all issues so triable.

Respectfully, submitted this 24th day of March 2020.

By: s/ Shawn McCloskey
**SHAWN MCCLOSKE**
Attorney Email: smccloskey@schwedlawfirm.com
**Eservice Email: eservice@schwedlawfirm.com**
Bar Number: 113016
Attorneys for Plaintiff
Schwed, Adams & McGinley, P.A.
7111 Fairway Drive, Suite 105
Palm Beach Gardens, Florida 33418
Telephone: (561) 694-6079
Facsimile: (561) 694-6089